# United States Court of Appeals

### For the Eighth Circuit

_____

No. 15-1653

_____

Stephen Curtiss

*Plaintiff - Appellant*

v.

John McCormally, Assistant Attorney General

*Defendant*

Charles Palmer, Director of Department of Human Services

*Defendant - Appellee*

Steve Addington, Attorney

*Defendant*

Bob Stout; Jason Smith

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Northern District of Iowa - Sioux City

_____

Submitted: November 16, 2015
Filed: December 3, 2015
[Unpublished]

_____

Before LOKEN, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Stephen Curtiss appeals from the order of the District Court[1] granting summary judgment to defendants on his 42 U.S.C. § 1983 complaint alleging that Iowa officials unlawfully detained him after a state court ordered him released from his involuntary commitment at the Civil Commitment Unit for Sex Offenders (CCUSO).  We conclude that the District Court properly granted summary judgment.  See Crain v. Bd. of Police Comm'rs, 920 F.2d 1402, 1405–06 (8th Cir. 1990) (standard of review).

AFFIRMED.  See 8th Cir. R. 47B.

_____

---

[1]The late Honorable Donald E. O'Brien, United States District Judge for the Northern District of Iowa.